HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
DEWAYNE NORMAN CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE NORMAN CARTER,<br><br>    Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>    Respondent. | Case No. 2:18-cv-00078-AC P<br><br>**REQUEST FOR SUBSTITUTION OF ATTORNEY AND ~~PROPOSED~~ ORDER** |

Movant DEWAYNE NORMAN CARTER hereby moves this Court for an order substituting Eric M. Weaver, Bar No. 115208; P.O. Box 6294, Albany, CA 94706; Phone Number: 510-524-2355, as counsel for Movant in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to represent Mr. Carter. Mr. Weaver has agreed to represent Mr. Carter.

//

//

//

//

//

//

//

-1-

The undersigned is authorized to sign this substitution motion on Mr. Weaver's behalf.

Dated: March 22, 2018          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Dated: March 22, 2018

s/ Eric M. Weaver
ERIC M. WEAVER
Attorney at Law

**O R D E R**

Good cause appearing, defendant's motion to substitute counsel (ECF No. 14) is GRANTED.

DATED: March 26, 2018.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE