UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE CARTER,<br><br>  Petitioner,<br><br>  v.<br><br>DEBBIE ASUNCION, Warden,<br><br>  Respondent. | No. 2:18-cv-0078 AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding with appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. In anticipation of the status conference scheduled for May 16, 2018, the parties filed a Joint Status Report on May 8, 2018. See ECF No. 18. The report indicates that petitioner's counsel requires additional time to review petitioner's medical records and to meet with petitioner. For good cause shown, the request will be granted and the status conference will be continued to Wednesday, July 18, 2018.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for extended time, ECF No. 18 at 2, is granted.

2. The status conference set for May 16, 2018, is vacated.

3. The status conference is reset for Wednesday, July 18, 2018, at 10:00 a.m., in Courtroom No. 26.

////

4. The parties shall appear at the status conference by counsel, either in person or telephonically if arrangements are timely made with the undersigned's Courtroom Deputy, Valerie Callen, at 916-930-4199.

5. Seven (7) days prior to the conference, the parties shall file a joint status report, which addresses the following matters:

    a. Whether petitioner will stand on the existing petition.

    b. Whether the parties anticipate filing any motions.

    c. Whether the parties anticipate a need to conduct discovery.

    d. Whether the parties anticipate a need for an evidentiary hearing.

    e. Any other matter that either party deems relevant.

IT IS SO ORDERED.

DATED: May 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE