ERIC WEAVER
Cal. Bar No. 115208
Post Office Box 6294
Albany, California 94706
Telephone: (510) 524-2355
Fax: (510) 527-1450
weaver115208@gmail.com

Attorney for Petitioner
DEWAYNE NORMAN CARTER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE CARTER, | No. 2:18-cv-0078 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Petitioner's request to withdraw his petition and dismiss this proceeding, filed on June 14, 2018, is GRANTED. The petition is deemed withdrawn and this proceeding is dismissed.

IT IS SO ORDERED.

DATED: June 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE